UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT FIREBAUGH, and )<br>STELLA FIREBAUGH, )<br>  )<br>  Plaintiffs, )<br>  )<br>  vs. )<br>  )<br>3M COMPANY, and )<br>MINE SAFETY APPLIANCES )<br>  )<br>  Defendants. ) | Case No. 4:08CV01161 ERW |

## ORDER

**IT IS HEREBY ORDERED** that the Motion of 3M Company to Withdraw Motion for Entry of Protective Order [included in doc. #61] is **GRANTED**. Plaintiff's Motion to Compel [doc. #46] will continue to be held in abeyance by this Court.

Dated this 3rd Day of June, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE