UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT FIREBAUGH, and ) | |
| STELLA FIREBAUGH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01161 ERW |
| ) | |
| 3M COMPANY, and ) | |
| MINE SAFETY APPLIANCES ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Motion of 3M Company to Withdraw Motion for Entry of Protective Order [included in doc. #61] is **GRANTED**. Plaintiff's Motion to Compel [doc. #46] will continue to be held in abeyance by this Court.

Dated this 3rd Day of June, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE